United States District Court
Eastern District of Texas
Lufkin Division

Stevie Wyre
    Plaintiff,

V.

UTMB, Owen J Murray, Theodore Hall, Joseph M. Bush, Bobby R. Cooper Jr, Neil Turner, Mark Roberts, Melaine E. Alvarado, Nina G. Lane.
    Defendants.

Civil Action No. 9:17cv7

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 16 2017
BY
DEPUTY

## Amended Complaint

Plaintiff Stevie Wyre, Respectfully files this Amended complaint and would show:

### Statement of Claim

1). Stevie Wyre, a prisoner in the custody of the Texas Department of Criminal Justice (T.D.CJ) bring this action for compensatory damages, nominal, punitive and injunctive and declaratory Relief against Defendants for violation of his rights under color of state law of the Eighth and Fourteenth Amendment of the United States Constitution. Plaintiff alleges Defendants knowingly and failure to correct, deliberates indifference to Plaintiff's medical needs and interference with the provision of medical treatment, subject the Plaintiff to a inhumane condition which wantonly inflict unnecessary pain and constitutes cruel and unusual punishment in violation of the Eighth and Fourteenth Amendment to the Constitution of the United States.

## Jurisdiction and Venue

2). This action arise under 42 U.S.C. § 1983 to redress to the deprivation under color of state law of rights, privileges and immunities secured by the United States Constitution. The rights sought to be redressed are guaranteed by the Eighth and Fourteenth Amendment to the United States Constitution. Jurisdiction is based on 28 U.S.C. § 1331 and 1343 and the foregoing federal statutory and constitutional provisions.

3). Venue is proper in this Court under 28 U.S.C. § 1391 (b) as acts complained of occurred there and some of the Defendants are employed there.

## Parties

4). Stevie Wyre is an inmate in the custody of T.D.C.J. He is currently housed at the Eastham Unit in Lovelady, Texas.

5) Defendant Owen J. Murray is the D.O. MBA Assistant VP/Executive of the UTMB Medical of T.D.C.J. As such, Murray is the Commanding Official of UTMB Medical for all T.D.C.J. employees and contractors and is responsible for their training, supervision and conduct by law. Murray is responsible for protecting the constitutional rights of all person in T.D.C.J. custody at all relevant time. Murray was acting under color of state law and as the agent and as a matter of law, as the official representative of UTMB for T.D.C.J., Murray is sued in his individual capacity for nominal, punitive and compensatory damages and in his official capacity for propective injunctive and declaratory relief. He can be served with process at the UTMB Hospital in Galveston, Texas. 77555.

6). Defendant Theodore Hall is the Head Doctor at the Eastham Unit at all relevant time. Hall was Acting under color of State Law. And the Agent and as a matter of Law, as the Representative for UTMB of T.D.C.J. Hall is sued in his individual and official capacity for failure to correct deliberate indifference to Plaintiff's medical needs and interference with the provision of medical treatment violation of the Eighth and Fourteenth Amendment.

7). Defendant Mark Roberts is the Practicner Manger at the Eastham Unit at all relevant time. Roberts was acting under color of State Law. and the Agent and as a matter of Law as the Representative for UTMB of T.D.C.J. Roberts is sued in his individual and official capacity for failure to correct deliberates indifference to Plaintiff's medical needs and interference with the provision of medical treatment violation of the Eighth and Fourteenth Amendment

8). Defendant Joseph M. Bush is a T.DC.J.-Correctional Officer at the Eastham Unit at all Relevant time. Bush was Acting under color of State law. and the Agent and as a a matter of law as the Representative for T.D.C.J at the Eastham Unit Bush is sued in his individual and official capacity for failure to correct, deliberates indifference to Plaintiffs' medical needs and interference with the provision of medical treatment violation of the Eighth and Fourteenth Amendment

9). Defendant Neil Turner is a T.D.C.J-Correctional officer at the Eastham Unit at all relevant time. Turner was Acting under color of State law and the agent and as a matter of law, the Representative for T.D.C.J at the Eastham Unit Turner is sued in his individual and official capacity for failure to correct, deliberates indifference to Plaintiff's medical needs and interference with the provision of medical treatment violation of the Eighth and Fourteenth Amendment.

10). Defendant Bobby R. Cooper, JR, is a T.D.CJ. Correctional Officer at the Eastham Unit at all relevant time. Cooper was acting under color of state law and the Agent and as a matter of law. The Representative for T.D.CJ. at the Eastham Unit. Cooper is sued in his individual and Official Capacity for failure to correct and deliberates indifference to Plaintiff's medical needs and interference with the provision of medical treatment violation of the Eighth and Fourteenth Amendment.

11). Defendant Melaine E. Alvarado is the Nurse Practioner at the Eastham Unit at all relevant time. Alvarado was acting under color of state law and the Agent and as a matter of law. The representative for UTMB of T.D.CJ. Alvarado is sued in her individual and Official Capacity for failure to correct and deliberates indifference to Plaintiff's medical needs. and interference with the Provision of Medical Treatment violation of the Eighth and Fourteenth Amendment.

12). Defendant Nina G. Lane is the Radiology (Typist) Department of Radiology at UTMB. Lane was acting under color of state law and as a matter of law. The Representative for UTMB. Lane is sued in her Official Capacity for failure to correct and deliberates indifference to Plaintiff's medical needs and interference with the Provision of medical Treatment violation of the Eighth and Fourteenth Amendment.

## Factual Allegations

13). On June 12, 2013 at the Joe F. Gurney Unit Plaintiff Stevie Wyre was examined by the Unit's NP/ Aurelia D. Buju. She identified that his significant Past Medical History as having a work related spine injury from 1996. She listed as his Physical Abnormalities:

4.

14). Neck stiffness with decreased range of motion and his inability to extend his neck.

15). Right arm decreased range of motion with decreased grip and strength

16). Spine decreased range of motion: SLR pos

17) Right Leg SLR 25% and

18) Left Leg SLR 50% and additional significant medical history of
 A) ORIF Spinal Laminectomy
 B) Lumbar Spine disc herniation
 C) that he had fell one year prior 10/12/12 and
 D) Right arm decreased grip and strength

19). Dr. Biju Diagnosis was S/P Cervical Laminectomy and S/P Lumbar Spine injury, and order the following restriction:
 E) Lower bunk restriction
 F) No bending at the waist
 G) No repetitive squatting
 H) No repetitive use of hand

20). On March 6, 2014 at the Eastham Unit, Plaintiff Stevie Wyre, nine months later, was examined by Dr. Joseph Moza for symptoms of:
 I) Neck pains
 J) Lower back pain and
 K) Poor circulation in his legs and feet.

21). Dr Moza's analysis was: Radiculpathy

22). Dr. Moza's add a ground floor only housing restriction to Plaintiff's Wyre existing restriction

23) On April 19, 2016 at the Eastham Unit, Dr. Theodore Hall saw Plaintiff, Stevie Wyre for:

L) SCR c/o Restriction
M) Dizzy spells
N) Blurred vision
O) Neck and back pains
P) Being housed on 3 row
Q) Restriction say legs get numb from neck injury
R) Blurry vision from climbing stairs
S) Claim of past neck injury and back pain

24) Dr. Hall observation was that:

T). There was no scar showing evidence of neck or lower back surgery,
U). That Wyre was uncooperative and claimed touching his legs cause pain
V). That Wyre declined to touch his toes
W). That a review of Wyre past I-60's showed belief that neck injury caused leg numbness and pain
X). That the same complaints go back to 6/24/13,
Y). That a review of Wyre's chart from 1/26/16 showed a bottom bunk restriction due to neck and back pain with Wyre's other restriction showing
Z). All due to Wyre's History of a Cervical Laminectomy.

## Cause of Action

By subject Plaintiff to the condition of confinement, specifically Medical Condition set forth herein, with full knowledge of those condition, Defendants have acted with deliberate indifference to Plaintiff's serious health and safety needs and have violated his rights under the Eighth and Fourteenth Amendment to the United States Constitution.

6.

## Injunctive Relief

Plaintiff Request all appropriate injunctive relief to which he is entitled,

## Declaratory Relief

Plaintiff Request all appropriate declaratory relief to which he is entitled

## Damages

Plaintiff seeks compensatory, punitive and nominal damages for violation of his constitutional right under the Eighth and Fourteenth Amendment.

## Prayer for Relief

Therefore, Plaintiff respectfully request this Court to award the following relief:

1). Award punitive damages against all individual Defendants, sued in their individual capacity, as appropriate and allowed by law;

2). Award compensatory damages against all Defendants sued in their individual capacitys, jointly and severally;

3). Award nominal damages against all Defendants sued in their individual capacities, jointly and severally

4) Grant declaratory and injunctive relief under federal law against all Defendants as set out in this Complaint;

5) Grant all such other and further relief as appears reasonable and just to which Plaintiff may be entitled;

Dated 6/12/2017

Respectfully Submitted
S. Jerre Wyre #1858012

7.

Certificate of Service

I, Stevie Wyre #1858012, certify that on June 12, 2017, a true and correct copy of this document was sent to the United States District Court for the Eastern District of Texas, Lufkin Division - 104 North Third Street Lufkin, Texas 75901. through post mail....

Sincerely,

Stevie Wyre #1858012
Eastham Unit
2665 Prison Rd. #1
Lovelady, Texas 75851

6/12/17
CC/

Stevie Wyre #1858012
Eastham Unit
2665 Prison Rd. #1
Lovelady, Texas 75851

June 12, 2017

Clerk of Court
United States District Court
Eastern District of Texas
104 North Third Street.
Lufkin, Texas 75901

RE: Cause No. 9:17 cv 7

Dear Clerk,
    At this time, Plaintiff, Stevie Wyre is filing Amended Complaint.

Thanks for your assistance in this matter.

Sincerely,
Stevie Wyre #1858012

Nevie Wylie # 1858012
Eastham Unit
2665 Prison Rd. #1
Lovelady, Texas 75851

Legal Mail

75901-983135

NORTH TEXAS TX PDR
DALLAS TX 750
14 JUN 2017 PM 4 L

Clerk of Court
United States District Court
Eastern District of Texas
104 North Third Street
Lufkin, Texas 75901